UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CR. NO. 1:01CR-308-1 |
| Plaintiff | : | |
| | : | ORDER |
| v. | : | |
| | : | |
| JOSE LUIS CAMPOS-GONZALEZ, | : | |
| Defendant. | : | |

Upon Petition of the Government pursuant to Title 18, United States Code, Section 3573, it is hereby

ORDERED that the unpaid balance of the fine imposed on the defendant, JOSE LUIS CAMPOS-GONZALEZ, on August 28, 2002, in this action is remitted.

DATE:

_____
SYLVIA H. RAMBO
U.S. District Court Judge