OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

RTS — RETURN TO SENDER

FILED
HARRISBURG, PA
JUL 05 2005
MARY E. D'ANDREA
Per _____ Deputy Clerk



Case No: 1:01-cr-00308-SHR   Document No: 42, User: pw, 1 Copy Printed: Jun, 29, 2005 09:29 AM

Jose Luis Campos-Gonzalez
LSCI-ALLENWOOD
P.O. Box 1000
White Deer, PA 17887

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | : | CR. NO. 1:01CR-308-1 |
| | : | |
| | : | ORDER |
| v. | : | |
| | : | |
| JOSE LUIS CAMPOS-GONZALEZ,<br>Defendant. | : | |
| | : | |

Upon Petition of the Government pursuant to Title 18, United States Code, Section 3573, it is hereby

ORDERED that the unpaid balance of the fine imposed on the defendant, JOSE LUIS CAMPOS-GONZALEZ, on August 28, 2002, in this action is remitted.

DATE: June 29, 2005.

        s/Sylvia H. Rambo
        SYLVIA H. RAMBO
        U.S. District Court Judge